7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:* Quentin Edward Howard and Ginger Rae Howard<br>*Debtor* | *Bankruptcy Case No.*<br>13–61136–abf7 |
| **J. Kevin Checkett**<br>   Plaintiff(s) | *Adversary Case No.*<br>13–06062–abf |
| v. | |
| **Retha Stroud**<br>   Defendant(s) | |

# JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment is entered in favor of the trustee and against Retha Stroud in the amount of $5,000.00, plus the cost of this action.



                                                            Ann Thompson
                                                            Court Executive

                                                            By: /s/ Sharon Greene
                                                                  Deputy Clerk

Date of issuance: 2/19/14

Court to serve